UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA         *        CRIMINAL NO. 09CR76-JJB-CN

   v.                             *

FAYE GERMANY LAURENT             *

                            *   *   *

**PRELIMINARY ORDER OF FORFEITURE**

Based upon the Motion and Brief of the United States for Issuance of a Preliminary Order of Forfeiture in the above-captioned case, and the reasons stated therein,

**WHEREAS**, on January 13, 2010, the defendant, Faye Germany Laurent, entered into a Plea Agreement with the United States in which the defendant, FAYE GERMANY LAURENT, agreed that she had obtained $1,046,147.28 in proceeds from the offense alleged in Count 1 of the Superseding Bill of Information, for which the defendant has been convicted, and

**WHEREAS**, the United States has filed a Motion for Entry of Preliminary Order of Forfeiture which would consist of a personal

money judgment against the defendant in the amount of $1,046,147.28, and

**WHEREAS**, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the defendant, FAYE GERMANY LAURENT, shall forfeit to the United States the sum of $1,046,147.28 pursuant to 18 U.S.C. §981, made applicable through 28 U.S.C. §2461(c).

**IT IS FURTHER ORDERED** that pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall become final as to the defendant, FAYE GERMANY LAURENT, at the time of sentencing and shall be made part of the sentence and is hereby included in the Judgment <u>nunc pro tunc</u>, as if copied therein <u>in extenso</u>.

**IT IS FURTHER ORDERED** that the United States may, at any time, move pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure to amend this Order of Forfeiture to substitute property having a value not to exceed $1,046,147.28 to satisfy the money judgment in whole or in part; and

2

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

Baton Rouge, Louisiana, this 7th day of September 2010.

_____
UNITED STATES DISTRICT JUDGE